IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO DACUMOS,

    Plaintiff,

v.

WORLD SAVINGS BANK,

    Defendant.

_____/

No. 2:10-cv-00854 FCD KJN PS

<u>ORDER</u>

    Plaintiff, who is proceeding without counsel and has not paid the fee ordinarily required to file an action in this court, has filed an incomplete application to proceed without the prepayment of fees and costs, also known as an application to proceed "in forma pauperis" (Dkt. No. 2). <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). First, although plaintiff's application indicates that he owns a home, plaintiff answered "None" to question 5 in the application, which asks the applicant to describe, among other things, any real estate owned by the applicant and the approximate value of that property. (Dkt. No. 2 at 2.) Second, plaintiff provided no response to question 8, which asks the applicant to describe the amounts owed on any debts or financial obligations and to whom those debts or financial obligations are owed. (<u>Id</u>.)

    Without a completed application, the court is unable to properly evaluate whether plaintiff should be granted leave to proceed in forma pauperis. Plaintiff will be provided with an

opportunity to submit either (1) a completed application to proceed in forma pauperis, or (2) the appropriate filing fee.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within twenty (21) days of the date of this order, either a completed application in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that his application to proceed in forma pauperis be dismissed.

2. The Clerk of the Court is directed to send to plaintiff a new Application to Proceed In District Court Without Prepaying of Fees or Costs.

DATED: May 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE