IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO DACUMOS,

      Plaintiff,                               No. 2:10-cv-00854 FCD KJN PS

      v.

WORLD SAVINGS BANK,

      Defendant.                            <u>ORDER</u>

_____/

        Plaintiff is proceeding without counsel and in forma pauperis. The court previously ordered service of plaintiff's complaint by the United States Marshal.

        The court is in receipt of plaintiff's "Request for Clarification," filed August 9, 2010. (Dkt. No. 12.) Plaintiff's request states the following in its entirety: "For clarification of order regarding process of service [*sic*]. Is it 120 days from the date of the order or 120 days from the filing of the complaint."

        Plaintiff's question is not entirely clear. However, it appears that plaintiff is requesting legal advice regarding the deadline applicable to the service of his complaint. As an initial matter, the court cannot provide plaintiff with legal advice. However, plaintiff might consider reviewing the Federal Rules of Civil Procedure, specifically Rule 4(m). The undersigned makes no representation that the answer to plaintiff's specific question will be

1

answered by Rule 4(m), but provides this reference as a potential starting point for plaintiff. Plaintiff is also referred to the Office of Clerk of Court for the Eastern District of California,[1] which can provide plaintiff a document entitled "Pro Se Package, A Simple Guide to Filing Civil Action."

In any event, because plaintiff is proceeding in forma pauperis, the court previously ordered that *the United States Marshal* serve plaintiff's complaint on defendant. (Dkt. No. 7.) Accordingly, it is unclear why plaintiff is inquiring about service deadlines.

Complicating matters is the fact that plaintiff filed a First Amended Complaint on August 9, 2010 (Dkt. No. 11), notwithstanding that it appears that his original complaint has not yet been served on defendant.[2] Pursuant to the court's screening authority provided in 28 U.S.C. § 1915(e), the court must screen plaintiff's First Amended Complaint prior to service. Accordingly, plaintiff should cease any efforts to provide the United States Marshal with the required documents, and the undersigned will direct that the United States Marshal cease efforts to serve defendant with the complaint and other court documents. The undersigned will screen plaintiff's First Amended Complaint by separate order.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's request for clarification is denied. The court will not consider future requests for legal advice.

2. The undersigned will screen plaintiff's First Amended Complaint by

---

[1] The clerk's office is located on the fourth floor of the federal courthouse, 501 "I" Street, Sacramento, California.

[2] The United States Marshal has not informed the court that defendant has been served. This is likely plaintiff's fault. The court's screening and service order required plaintiff to provide the United States Marshal with certain documents necessary to effectuate service of process, and also required plaintiff to file a notice with the court that he had submitted such documents to the United States Marshal. (Dkt. No. 7 at 3 ("Plaintiff shall supply the United States Marshal, within 30 days from the date this order is filed, all information needed by the Marshal to effectuate service of process, and *shall, within 10 days thereafter, file a statement with the court that said documents have been submitted to the United States Marshal*.").) The court's docket reveals that plaintiff has not provided the court with the required notice.

1  separate order.

2       3.     The Clerk of Court shall serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030). The United States Marshal shall cease efforts to serve plaintiff's original complaint pending the court's screening of plaintiff's First Amended Complaint.

     IT IS SO ORDERED.

DATED: August 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE