IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDUARDO DACUMOS,

    Plaintiff,

No. 2:10-cv-00854 FCD KJN PS

    v.

GOLDEN WEST FINANCIAL CORP. dba WORLD SAVINGS., WACHOVIA, LRP CAPITAL CORP., JUST ESCROW, INC. and DOES 1 through 100, inclusive,

    Defendants.

ORDER

/

    In light of the additional defendants named in the First Amended Complaint, the undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

    IT IS SO ORDERED.

DATED: August 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1